**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY**

**UNITED STATES OF AMERICA**

**v.**                                    CRIMINAL NO. 5:25-cr-00020

                                          8 U.S.C. § 1325(c)

**KALEE ANN HUFF**

**I N F O R M A T I O N**

The United States Attorney Charges:

On or about September 3, 2021, at or near White Sulphur Springs, Greenbrier County, West Virginia, within the Southern District of West Virginia, defendant KALEE ANN HUFF knowingly entered into a marriage for the purpose of evading the immigration laws of the United States.

In violation of Title 8, United States Code, Section 1325(c).

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney